# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| ANDREW YELLOWBEAR, JR.,<br>　　　　　　Plaintiff,<br><br>vs.<br><br>JIM SALMONSEN, et al.,<br><br>　　　　　　Defendants. | **CV-21-59-BU-BMM**<br><br><br><br>**ORDER** |

　　　　Plaintiff Andrew Yellowbear, Jr., proceeding pro se, filed his original Complaint on July 29, 2021. (Doc. 1.) Defendants Jim Salmonsen and Terrie Stefalo filed their Answer on August 20, 2021. (Doc. 2.) The Court issued a Preliminary Pretrial Conference Order on August 23, 2021. (Doc. 4.) The Court held a telephonic Preliminary Pretrial Conference on October 6, 2021. The Court issued a Scheduling Order that same day. (Doc. 10.)

　　　　Yellowbear filed an Amended Complaint on November 12, 2021. (Doc. 11.) The Amended Complaint added numerous parties as Defendants. *Id.* Defendants Roxanne Wigert, Jeffrey Cease, Paul Thompson, Ron McDonald, Amber Graham, DJ Godfrey, Scott McNeil, Jeffrey McNabb, and Monique Miller ("Defendants") filed a Motion to Change Venue within the District and their Answer to the Amended

1

Complaint on November 24, 2021. (Docs. 13 & 14.) Defendants seek to transfer venue from the Butte Division to the Helena Division of this District. (Doc. 13 at 2.) Defendants assert that the allegations in Yellowbear's Amended Complaint took place at the Montana State Prison in Powell County, Montana. *Id.* Powell County lies within the Helena Division of this District. D. Mont. L. R. 1.2(b)(4). Yellowbear did not respond.

**IT IS ORDERED:**

This matter shall be transferred to the Helena Division of this District and the undersigned shall continue to preside over all proceedings.

**DATED** this 6th day of January, 2022.

_____
Brian Morris, Chief District Judge
United States District Court